

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-17-00300-CR |
| Style: | Demetrick James v. The State of Texas |
| Date motion filed*: | January 16, 2018 |
| Type of motion: | First Motion for Extension of Time to File Appellant's Brief |
| Party filing motion: | Appellant's retained counsel Natalie Schultz |
| Document to be filed: | Appellant's Brief |

Is appeal accelerated?        No.

If motion to extend time:

| | |
|---|---|
| Original due date: | September 13, 2017 |
| Number of extensions granted: | 0        Current Due Date:  December 21, 2017 |
| Date Requested: | February 14, 2018 (125 days from original due date) |

Ordered that motion is:

☑ Granted

      If document is to be filed, document due:  February 14, 2018.

      ☑        No further extensions of time will be granted.

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☑ Other: _____

Although the Court of Criminal Appeals' extension order has expired, because appellant's counsel's request states, among other things, that Hurricane Harvey has continued to affect her practice, and this is new counsel's first extension request after being substituted in November 2017, it is **granted**, but counsel is warned that **no further extensions will be granted** due to the total length requested.  *See* Extension of Emergency Order Authorizing Modification and Suspension of Court Procedures in Proceedings Affected by Disaster, Misc. Docket No. 17-013 (Tex. Crim. App. Sept. 26, 2017); TEX. R. APP. P. 2, 38.6(d).  Accordingly, if appellant's brief is not filed by **February 14, 2018**, this Court may abate this case.  *See id.* 38.8(b)(2).

Judge's signature: /s/ Laura C. Higley_____

                 ☑ Acting individually        ☐ Acting for the Court

Date: January 18, 2018_____

November 7, 2008 Revision